# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | |
| ) | **ORDER** |
| One Samsung Galaxy 7 Active cell phone ) | |
| bearing SM 6891A, and Two ZTE cell ) | |
| phones bearing the serial numbers ) | Case No. 1:18-mj-221 |
| 320484357959 and 329F84272188 ) | |

In the affidavit filed in support of the above-captioned Search Warrant, the affiant requested that this matter remain under seal pending further order of the court.

The record reflects that the Search Warrant was returned executed on August 13, 2018. Accordingly, the court **ORDERS** that all materials associated with the above-captioned Search Warrant, including the Search Warrant, Application for Search Warrant, supporting affidavit, Search Warrant Return shall remain under seal until November 13, 2018, at which time this matter shall be unsealed without further order of the court.

Dated this 12th day of October, 2018.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court